UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAMS,

        Plaintiff,

   v.

VISA, INC.,

        Defendant.

Case No. 24-cv-08708-JST

**CLERK'S JUDGMENT**

Re: Dkt. No. 53

Pursuant to the ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT signed December 12, 2025, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 12, 2025

Mark B. Busby
Clerk, United States District Court

By: _____

Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR